## Commonwealth *v.* Gerlach, Appellant.

Argued March 17, 1960. Before JONES, C. J., MUSMANNO, JONES, COHEN, BOK and EAGEN, JJ.

*Lee C. McCandless,* for appellants.

*John L. Wilson,* with him *Raymond C. Miller,* Deputy Attorney General, and *Anne X. Alpern,* Attorney General, for Commonwealth, appellee.

OPINION PER CURIAM, April 18, 1960:

Decree affirmed on opinion of Judge SHUMAKER, 20 Pa. D. & C. 2d 290. Costs on appellants.